UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

In re:

John Reynolds, Jr.,                      Case No. 16-42203-wsd
                                                   Chapter 7
                                                   Hon. Walter Shapero

                     Debtor.
_____/

## ORDER DISMISSING CASE FOR FAILURE TO FILE REQUIRED DOCUMENTS

The Court is advised that the debtor has failed to file documents required under L.B.R. 1007-2(a). After further review, it has been determined that the Chapter 13 Statement of Current Monthly Income Form 122C-1, Chapter 13 Plan, Declaration about an Individual Debtor(s) Schedules, Schedules A-J, Statement of Financial Affairs, Summary of Assets and Liabilities and Incomplete Filings have not been filed nor has a request for an extension of time been filed.

Accordingly, it is hereby ordered that pursuant to L.B.R. 1007-1(a) (E.D.M.), the above entitled case is **DISMISSED**.

**Signed on March 21, 2016**

                                                   **/s/ Walter Shapero**
                                                   **Walter Shapero**
                                                   **United States Bankruptcy Judge**